2021R01115/TAC

**FILED**

SEP 15 2025

1:33PM

AT 8:30

CLERK, U.S. DISTRICT COURT - DNJ    M

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon.   (BRM) |
|  | : |  |
| v. | : | Crim. No. 25- 556 |
|  | : |  |
| SHYHEIM CLARK | : | 18 U.S.C. § 1951(a) |
|  | : | 18 U.S.C. § 924(c)(1)(A)(ii) |
|  | : | 18 U.S.C. § 2 |

### INDICTMENT

The Grand Jury in and for the District of New Jersey, sitting at Newark, charges as follows:

### COUNT ONE
(Conspiracy to Commit Hobbs Act Robbery)

1.    At all times relevant to this Indictment, the business described below, the Convenience Store, was located in West Orange, New Jersey, and ordered and sold goods that moved in and affected interstate commerce and engaged in an industry that affected interstate commerce.

2.    At all times relevant to this Indictment, the business described below, the Gas Station, was located in Livingston, New Jersey, and ordered and sold goods that moved in and affected interstate commerce and engaged in an industry that affected interstate commerce.

3.    Between on or about September 27, 2021, and on or about October 4, 2021, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

### SHYHEIM CLARK,

did knowingly and willfully conspire and agree with others, known and unknown, to obstruct, delay, and affect commerce, and the movement of articles and commodities

in such commerce, by robbery, and to unlawfully take and obtain property by means of actual and threatened force, and violence, and fear of injury, immediate and future, to the person and property of another, namely, Victim-1, an employee of the Convenience Store, and Victim-2, an employee of the Gas Station.

In violation of Title 18, United States Code, Section 1951(a).

## COUNT TWO
(Hobbs Act Robbery)

1.      The allegations of Paragraph One of Count One of this Indictment are realleged and incorporated by reference as though set forth in full herein.

2.      On or about September 27, 2021, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

### SHYHEIM CLARK,

did knowingly and willfully obstruct, delay, and affect commerce, and attempt to obstruct, delay, and affect commerce, and the movement of articles and commodities in such commerce, by robbery, by means of actual and threatened force, and violence, and fear of injury, immediate and future, to the person and property of another, namely Victim-1, an employee of the Convenience Store.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

## COUNT THREE
(Hobbs Act Robbery)

1.    The allegations of Paragraph Two of Count One of this Indictment are realleged and incorporated by reference as though set forth in full herein.

2.    On or about October 4, 2021, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

**SHYHEIM CLARK,**

did knowingly and willfully obstruct, delay, and affect commerce, and attempt to obstruct, delay, and affect commerce, and the movement of articles and commodities in such commerce, by robbery, by means of actual and threatened force, and violence, and fear of injury, immediate and future, to the person and property of another, namely Victim-2, an employee of the Gas Station.

In violation of Title 18, United States Code, Sections 1951(a) and 2.

4

## COUNT FOUR
(Using, Carrying, and Brandishing a Firearm
During and in Relation to a Crime of Violence)

On or about September 27, 2021, in Essex County, in the District of New Jersey, and elsewhere, the defendant,

**SHYHEIM CLARK,**

during and in relation to a crime of violence for which the defendant may be prosecuted in a court of the United States, that is, the Hobbs Act robbery charged in Count Two of this Indictment, did knowingly use and carry a firearm, which firearm was brandished, and did aid and abet the same.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and Section 2.

## COUNT FIVE
(Using, Carrying, and Brandishing a Firearm
During and in Relation to a Crime of Violence)

On or about October 4, 2021, in Essex County, in the District of New Jersey,

and elsewhere, the defendant,

### SHYHEIM CLARK,

during and in relation to a crime of violence for which the defendant may be

prosecuted in a court of the United States, that is, the Hobbs Act robbery charged in

Count Three of this Indictment, did knowingly use and carry a firearm, which firearm

was brandished, and did aid and abet the same.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(ii) and Section

2.

## FORFEITURE ALLEGATION AS TO COUNTS ONE, TWO, AND THREE

Upon conviction of the offenses in violation of Title 18, United States Code, Section 1951, as charged in Counts One, Two, and Three of this Indictment, the defendant,

### SHYHEIM CLARK,

shall forfeit to the United States: (1) pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such offenses; and (2) pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of such offenses.

## FORFEITURE ALLEGATION AS TO COUNTS FOUR AND FIVE

Upon conviction of the offenses in violation of Title 18, United States Code, Section 924(c), as charged in Counts Four and Five of this Indictment, the defendant,

### SHYHEIM CLARK,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the commission of such offenses.

## SUBSTITUTE ASSETS PROVISION
(Applicable to All Forfeiture Allegations)

If any of the property described above, as a result of any act or omission of the defendant:

   a.   cannot be located upon the exercise of due diligence;

   b.   has been transferred or sold to, or deposited with, a third party;

   c.   has been placed beyond the jurisdiction of the court;

   d.   has been substantially diminished in value; or

   e.   has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

A TRUE BILL

_____
FOREPERSON

TODD BLANCHE
U.S. Deputy Attorney General

_____
ALINA HABBA
Acting United States Attorney
Special Attorney

_____
Trevor A. Chenoweth
Assistant United States Attorney

8

CASE NUMBER:   25-556 (BRM)

## United States District Court
### District of New Jersey

## UNITED STATES OF AMERICA

v.

## SHYHEIM CLARK

## INDICTMENT FOR

18 U.S.C. § 1951(a)
18 U.S.C. § 924(c)(1)(A)(ii)
18 U.S.C. § 2



A True Bill,

Foreperson

TODD BLANCHE
UNITED STATES DEPUTY ATTORNEY GENERAL

ALINA HABBA
ACTING UNITED STATES ATTORNEY
SPECIAL ATTORNEY

TREVOR A. CHENOWETH
ASSISTANT U.S. ATTORNEY
NEWARK, NEW JERSEY
973-645-2711